UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,  :
    -v-  :  04-cr-48-36
NATHANIEL SLATER,  :
        Defendant.  :  ORDER
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    As stated in the open court today, see Transcript, 12/23/19, defendant Nathaniel Slater's motion for a sentencing reduction pursuant to 18 U.S.C. § 3582(C)(2), see ECF Nos. 1238, 1240, is hereby denied, essentially for the reasons stated in the Government's opposition brief, see ECF No. 1242. This denial is without prejudice, however, to Slater's renewing his deferred motion for a sentencing reduction pursuant to the FIRST STEP Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018) if he wishes to do so.

    SO ORDERED.

Dated:    New York, NY
           December 23, 2019
                                        JED S. RAKOFF, U.S.D.J.